UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                                                Case No. 8:05-Cr-15-T-30EAJ

Dallas Woodson

### ORDER EXONERATING PROPERTY BOND

This cause come on for consideration upon the Defendant's Motion to Exonerate Case Bond. The records in the instant action indicate that the conditions of the original appearance bond have been satisfied in accordance with Fed.R.Crim.P. 46(f) and that the bond should be exonerated. Therefore, it is

**ORDERED:**

The Clerk of Court shall return all property and/or papers relating to the collateral bail including mortgage deeds, notes, tax receipts and other documents filed with the Court to secure the release of the Defendant, to the Recipient listed below:

Name of Recipient: Betty Woodson
Address of Recipient: 1512 7th Ave. East
Palmetto, FL. 34221

The parties are responsible for extinguishing any liens which may have been registered against the collateral bail documents and/or property.

**DONE AND ORDERED** this 10 day of Aug., 2005, at Tampa, Florida.

UNITED STATES DISTRICT JUDGE

c:   Counsel of Record
     Financial Section, Jacksonville & Tampa