UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:05-CR-15-T-30EAJ

DALLAS WOODSON

        Defendant.
_____

## EXONERATION OF CASH BAIL

The records in the instant action indicate that Betty Woodson posted an Affidavit (Dkt. #44) of Exclusive Ownership of cash bail in the amount of $3,750.00, receipt #T031917, on April 8, 2005. A Motion for Release of Cash Bond (Dkt. #41) was filed on August 9, 2005, by Betty Woodson. The conditions of the original appearance bond have been satisfied in accordance with Fed.R.Crim.P. 46(f) and the cash bond should be exonerated.

        **THEREFORE, IT IS ORDERED THAT:**

        1.    Betty Woodson's Motion for Release of Cash Bond (Dkt. #41) is GRANTED.

        2.    The Clerk of Court shall promptly return monies on deposit, plus interest accrued, if any, less Court registry fees, if applicable, to the individual listed below:

        **Betty Woodson, 1512 7th Avenue E., Palmetto, Florida 34221.**

        **DONE** and **ORDERED** in Tampa, Florida on September 1, 2005.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record
Financial Section - Tampa
Betty Woodson, 1512 7th Avenue E., Palmetto, Florida 34221

F:\Docs\2005\05-cr-15.bond order.wpd